UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
HELAYNE SEIDMAN,                      :
                                      :
                       Plaintiff,     :
              -v-                     :           24cv3556 (DLC)
                                      :
THE RIVERA MARKETING & MEDIA GROUP    :           ORDER
LLC,                                  :
                                      :
                       Defendant.     :
                                      X
-------------------------------------

DENISE COTE, District Judge:

   This action was filed on May 9, 2024 against defendant The Rivera Marketing and Media Group LLC ("Rivera"). On May 15, the plaintiff filed an affidavit of service reflecting that the defendant had been served through the office of the Secretary of State of New York. The defendant's deadline to answer or otherwise respond to the complaint was June 5. Counsel for the defendant has not appeared, and the defendant has not responded to the complaint. Accordingly, it is hereby

   ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **June 18, 2024** explaining its basis to believe that service on the Secretary of State of New York is effective service on Rivera.

Dated:    New York, New York
          June 13, 2024

                                      _____
                                           DENISE COTE
                                      United States District Judge