UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
HELAYNE SEIDMAN,                        :
                                        :
                         Plaintiff,     :      24cv3556 (DLC)
            -v-                         :
                                        :         ORDER
THE RIVERA MARKETING & MEDIA GROUP      :
LLC,                                    :
                                        :
                         Defendant.     :
---------------------------------------X

DENISE COTE, District Judge:

The plaintiff having filed a motion for default judgment on July 18, 2024, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **July 25, 2024,** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **July 31, 2024** at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          July 18, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge