

SANDERS
· LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

*The conference is adjourned to October 11 at 10:30 a.m. There shall be no further adjournment.*

*Denise Cote*

*9/10/24*

September 10, 2024

**_VIA ECF_**
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> Re: *Helayne Seidman v. The Rivera Marketing & Media Group LLC,*
> Case No.: 1:24-cv-03556-DLC

Dear Judge Cote:

We represent Plaintiff Helayne Seidman ("*Plaintiff*") in the above captioned action. Pursuant to Paragraphs 1(A) and 1(E) of Your Honor's Individual Practices, Plaintiff respectfully requests an adjournment of the Pretrial Conference scheduled for September 12, 2024, at 2:30 P.M. (*Dkt. No. 29*). In support of this Motion, Plaintiff includes the following:

(1) This is Plaintiff's second request for an adjournment and/or extension of time and the Court granted Plaintiff's first request for an extension of time (*Dkt. No. 11*) via the Court's June 20, 2024, Order (*Dkt. No. 12*);

(2) Good cause exists for the instant request as the parties continue to engage as to possible resolution of this matter without further burden to the Court and Plaintiff requests additional time so as to continue constructive dialogue as to possible resolution in lieu of further litigation;

(3) Defendant's counsel consents to the requested relief.

The instant request is made in good faith and granting the requested adjournment will not prejudice any party to this matter. Thank you for your consideration of this request.

Respectfully submitted,

 SANDERS
· LAW GROUP ·

_/s/ Joshua D. Vera_
Joshua D. Vera
*Counsel for Plaintiff*


cc: Counsel of Record