```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
HELAYNE SEIDMAN,                          :
                                          :
                        Plaintiff,        :     24cv3556 (DLC)
            -v-                           :
                                          :     ORDER OF
THE RIVERA MARKETING & MEDIA GROUP        :     DISCONTINUANCE
LLC,                                      :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 9, 2024.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the October 11 conference is cancelled.

Dated:    New York, New York
          October 10, 2024

                                          _____
                                                   DENISE COTE
                                          United States District Judge